IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BOBBY LEE MURPHY, #1384140 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:15cv435 |
| | § | *Consolidated with* 4:15cv468 |
| DIRECTOR, TDCJ-CID | § | |

**O R D E R**

The above-entitled and numbered civil action was referred to a United States Magistrate Judge. The Initial Report and Recommendation of Magistrate Judge Don D. Bush, which contains proposed findings of fact and recommendations for the disposition of Petitioner's motion for summary judgment, has been presented for consideration. Petitioner filed objections.

The Court has conducted a *de novo* review of the objections raised by Petitioner, and concludes that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. Petitioner's objections fail to show that the Report and Recommendation of the United States Magistrate Judge is erroneous. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Petitioner's motion for summary judgment (Dkt. #19) is **DENIED**.

**SIGNED** this 17th day of February, 2017.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE